JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 426 -- In re Cofferdam Collapse at Lake Keowee, South Carolina on October 6, 1978

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/03/10 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Deft. Commercial Shearing, Inc.<br>SUGGESTED TRANSFEREE DISTRICT: D. South Carolina<br>SUGGESTED TRANSFEREE JUDGE: (emh) |
| 80/03/20 | | APPEARANCES: MICHAEL PARHAM, ESQ. for Rhonda S. Reid, etc., EUGENE C. COVINGTON, JR., ESQ. for Jewel Gates, etc. and Alice Shows Brown, etc.; L. MURRAY ALLEY, ESQ. for SCE, Inc.; TERRELL WYNN, ESQ. for Michael E. Thomas; H. DONALD SELLERS, ESQ. for Commercial Shearing, Inc.; CARY C. DOYLE, ESQ. for Sullivan, Long & Hagerty, Inc.; JAMES C. PARHAM, JR., ESQ. for British Steel Corp. (cds) |
| 80/03/24 | | APPEARANCE: L. Paul Barnes for Black & Veatch (emh) |
| 80/03/24 | 2 | RESPONSE -- Pltf. Michael E. Thomas -- w/Appendix and cert. of service (emh) |
| 80/03/25 | 3 | RESPONSE, CERT. OF SVC. -- British Steel Corp. (ea) |
| 80/03/25 | 4 | MEMORANDUM, CERT. OF SVC. -- Sullivan, Long & Hagerty, Inc. (ea) |
| 80/03/25 | 5 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- Sce, Inc. (ea) |
| 80/03/27 | | HEARING ORDER -- Setting A-1 thru A-5 for hearing on April 24, 1980 in San Fran., Calif. Notified involved counsel, clerks and judges. (ea) |
| 80/03/28 | 6 | REPONSE -- pltf. Rhonda S. Reid -- w/Appendix and cert. of svc. (emh) |
| 80/03/28 | 7 | RESPONSE/MEMORANDUM -- Commercial Shearing, Inc. -- w/cert. of svc. (emh) |
| 80/03/28 | 8 | RESPONSE/BRIEF -- pltf. Jewel Gates and Alice Shows Brown -- w/cert. of svc. (emh) |
| 80/03/28 | 9 | RESPONSE -- Black and Veatch -- w/cert. of svc. (emh) |
| 80/04/08 | 10 | REPLY BRIEF, CERT. OF SVC. -- Commercial Shearing.(ea) |
| 80/04/21 | 11 | NOTICE OF WITHDRAWAL OF MOTION TO CONSOLIDATE -- Commercial Shearing, Inc. w/cert. of svc. (ea) |
| 80/04/22 | | HEARING APPEARANCES for hearing held in San Fran., Cal. on April 24, 1980 -- James W. Gewin, Esq. for Commercial Shearing, Inc. Larry B. Childs, Esq. for SCE, Inc.; Cary C. Doyle, Esq. for Sullivan, Long & Hagerty; Michael Parham, Esq. for Rhonda S. Reid, etc. (ea) |
| 80/04/22 | | WAIVERS OF ORAL ARGUMENT for hearing held in San Fran., Cal. on April 24, 1980 -- Eugene C. Covington, Jr., Esq. for Alice Shows Brown, etc. and Jewel B. Gates, etc.; James C. Parham, Jr., Esq. for British Steel Corp. (ea) |

JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/05/07 | | ORDER DEEMING MOTION WITHDRAWN, pursuant to 28 U.S.C. §1407. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 426 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE COFFERDAM COLLAPSE AT LAKE KEOWEE, SOUTH CAROLINA ON OCTOBER 6, 1978

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: _May '81_

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 426 -- In re Cofferdam Collapse at Lake Keowee, South Carolina on October 6, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Rhonda S. Reid, etc. v. Commercial Shearing, Inc., et al. | D.S.C. Perry | CA-79-1769-0 | | | | |
| A-2 | Jewel Gates, etc. v. Black & Veatch, International, Inc., et al. | D. S.C. Perry | CA-79-1874-2 | | | | |
| A-3 | Alice Shows Brown, etc. v. Black & Veatch, International, Inc., et al. | D. S.C. Perry | CA-79-1875-2 | | | | |
| A-4 | SCE, Inc. v. Commercial Shearing, Inc. | N.D.Ala. Lynne | CA-79-L-0637-S | | | | |
| A-5 | Michael E. Thomas v. Commercial Shearing, Inc. | N.D.Ala. | CA-79-1085-S | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 426 -- In re Cofferdam Collapse at Lake Keowee, South Carolina on October 6, 1978

RHONDA S. REID, ETC. (A-1)
Michael Parham, Esquire
Abrams, Bowen, Tapp and Parham
508 East North Street
P.O. Box 2547
Greenville, South Carolina  29602

JEWEL GATES, ETC. (A-2)
ALICE SHOWS BROWN, ETC. (A-3)
Eugene C. Covington, Jr., Esquire
Foster, Covington & Patrick
117 Manly Street
Greenville, South Carolina  29602

SCE, INCORPORATED (A-4)
L. Murray Alley, Esquire
Cabaniss, Johnston, Gardner,
   Dumas & O'Neal
1900 First National-Southern
   Natural Building
Birmingham, Alabama  35203

MICHAEL E. THOMAS (A-5)
Terrell Wynn, Esquire
Hare, Wynn, Newell and Newton
700 City Federal Building
Birmingham, Alabama  35203

COMMERCIAL SHEARING, INC.
H. Donald Sellers, Esquire
Haynsworth, Perry, Bryant, Marion
   & Johnstone
409 East North Street
Greenville, South Carolina  29602

SULLIVAN, LONG & HAGERTY, INC.
Cary C. Doyle, Esquire
Doyle & Cofield
Post Office Box 2125
Anderson, South Carolina  29622

BRITISH STEEL CORPORATION
James C. Parham, Jr., Esquire
Wyche, Burgess, Freeman & Parham, P.A.
P.O. Box 10207
Greenville, South Carolina  29603

BLACK & VEATCH, INC.
L. Paul Barnes, Esquire
Ward, Howell, Barnes, Long,
   Hudgens & Adams
P.O.Box 5663
Spartanburg, South Carolina  29304

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 426 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Commercial Shearing, Inc. | A-1, A-2, A-3, A-4, A-5 |
| Sullivan, Long & Hagerty, Inc. | A-1, A-2, A-3 |
| British Steel Corp. | A-1, A-2, A-3 |
| Black and Veatch | A-2, A-3 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |