DOCKET NO. 426

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE COFFERDAM COLLAPSE AT LAKE KEOWEE, SOUTH CAROLINA, ON OCTOBER 6, 1978

ORDER DEEMING MOTION WITHDRAWN

The Panel ruled from the bench at the hearing on this matter that movant's request to withdraw its motion to transfer, pursuant to 28 U.S.C. §1407, the actions pending in the Northern District of Alabama, and listed on the attached Schedule A, to the District of South Carolina for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A, would be granted.

IT IS THEREFORE ORDERED that the movant's request to withdraw its motion is granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

DOCKET NO. 426

Schedule A

## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Rhonda S. Reid, etc. v. Commercial Shearing, Inc., et al. | C.A. No. 79-1769-0 |
| Jewel Gates, etc. v. Black & Veatch, International, Inc., et al. | C.A. No. 79-1874-2 |
| Alice Shows Brown, etc. v. Black & Veatch, International, Inc., et al. | C.A. No. 79-1875-2 |

## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SCE, Inc. v. Commercial Shearing, Inc. | C.A. No. 79-L-0637-S |
| Michael E. Thomas v. Commercial Shearing, Inc. | C.A. No. 79-1085-S |